UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE JOBE,

    Plaintiff,

v.                                                   Case No. 16-CV-14504
                                                 Hon. Robert H. Cleland

LJ ROSS ASSOCIATES, INC., a
Michigan Corporation,

    Defendant.

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

 /s/ Gary D. Nitzkin                          /s/ Charity A. Olson w/ permission
GARY D. NITZKIN  P41155                CHARITY A. OLSON P68295
MICHIGAN CONSUMER                    OLSON LAW GROUP, P.C.
CREDIT LAWYERS                             Attorneys for Defendant
Attorneys for Plaintiff                          2723 S. State St., Ste. 150
22142 W. Nine Mile Road                Ann Arbor, MI 48104
Southfield, MI 48033                          Tel: (734) 222-5179
(248) 353-2882                                    Fax: (866) 941-8712
gary@micreditlawyer.com                colson@olsonlawpc.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE JOBE,

    Plaintiff,

v.                                      Case No. 16-CV-14504
                                        Hon. Robert H. Cleland

LJ ROSS ASSOCIATES, INC., a
Michigan Corporation,

    Defendant.

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 30, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 30, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522